THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHAKEEM ANTONIO BROXTON, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:23-cv-404 (CAR) (CHW) |
| v. | : | |
| | : | |
| MACON STATE PRISON, *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

**ORDER ON RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Currently before the Court is the Order and Recommendation of the United States Magistrate Judge [Doc. 4] recommending to (1) allow Plaintiff's claim against Sergeant Breanna Ingram for deliberate indifference to safety to proceed forward for further factual development; and (2) dismiss without prejudice Plaintiff Broxton's claims against Lieutenant Nicholson and Macon State Prison. Plaintiff filed a Response to the Order and Recommendation [Doc. 5] in which he preemptively moves for default judgment but does not object to the Magistrate's recommendations.

Construing Plaintiff's Response as a Motion for Default Judgment [Doc. 5], it is hereby **DENIED as premature**. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Order and Recommendation [Doc. 4] is hereby **ADOPTED** and **MADE**

1

2

**THE ORDER OF THE COURT**. The claims against Lieutenant Nicholson and Macon State Prison are hereby **DISMISSED without prejudice**. Plaintiff's claim against Sergeant Breanna Ingram for deliberate indifference to safety remains pending.

**SO ORDERED,** this 6th day of February, 2024.

s/ C. Ashley Royal_____<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT