IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **SHAKEEM ANTONIO BROXTON,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:23-cv-00404-CAR-CHW |
| | : | |
| V. | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| **MACON STATE PRISON,** *et al.*, | : | Before the U.S. Magistrate Judge |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Plaintiff Shakeem Broxton, *pro se*, filed this suit pursuant to 42 U.S.C. § 1983, regarding his incarceration at Macon State Prison. (Doc. 1). Pending before the Court is Plaintiff's second motion to produce documents. (Doc. 19). As explained in the screening recommendation (Doc. 4, p. 10-11) and the order denying his previous request (Doc. 8), discovery will not commence in this action until the remaining defendant, Defendant Ingram, has been served and has answered the complaint. As Defendant Ingram has not yet answered, discovery has not commenced. Plaintiff's motion to produce documents (Doc. 19) is premature and is **DENIED**.[1]

The docket reflects an attorney appearance for Defendant Ingram (Doc. 18), but it does not show that service was waived or perfected. Therefore, the Court cannot ascertain when Defendant Ingram's answer is due. Defense counsel is **DIRECTED** to provide a status update within 14 days of this order as to whether Defendant Ingram has waived service.

**SO ORDERED**, this 8th day of July, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] This motion also included a request for settlement. The Court has no authority to order a settlement.