IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHAKEEM ANTONIO BROXTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 5:23-CV-404-CAR-CHW |
| v. | : | |
| | : | |
| MACON STATE PRISON, *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER ON REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 44] that the Court grant remaining Defendant Briyana Ingram's Motion for Summary Judgment [Doc. 37] because the undisputed facts show that Defendant Ingram was not deliberately indifferent to a substantial risk of serious harm and is entitled to qualified immunity. Plaintiff did not file an objection, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Report and Recommendation [Doc. 44] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth in the Recommendation, Defendant

Ingram's Motion for Summary Judgment [Doc. 37] is **GRANTED**. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Ingram.

    **SO ORDERED,** this 15th day of July, 2025.

                                      s/ C. Ashley Royal_____
                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT